O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES CERVANTES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HOMEWARD RESIDENTIAL, INC.,<br><br>　　　　　Defendant. | Case No. CV 13-02217 DDP (Ex)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**<br><br>[Dkt. No. 5] |

　　　Presently before the court is Defendant Homeward Residential, Incorporated's Motion to Dismiss.  Because Plaintiff, represented by counsel, has not filed an opposition, the court GRANTS the motion.

　　　Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. Cal. L.R. 7-9.  Additionally, Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."  C.D. Cal. L.R. 7-12.

///

     The hearing on Defendant's motion was set for May 13, 2013. Plaintiff's opposition was therefore due by April 22, 2013. As of the date of this Order, Plaintiff has not filed an opposition or any other filing that could be construed as a request for a continuance. Accordingly, the court deems Plaintiff's failure to oppose as consent to granting the motion to dismiss, and GRANTS the motion.

IT IS SO ORDERED.

Dated: April 30, 2013

                                        DEAN D. PREGERSON
                                        United States District Judge